No. 611. Mallonee et al., Shareholders' Protective Committee, et al., *v.* Federal Home Loan Bank of San Francisco et al., 350 U. S. 968;

No. 69, Misc. Norman *v.* New York, 350 U. S. 970;

No. 329, Misc. Lawrence *v.* California, 350 U. S. 997; and

No. 557, Misc. Collins *v.* Heinze, Warden, 350 U. S. 1004. Petitions for rehearing denied.

May 2, 1956.

No. 858. Federal Trade Commission *v.* National Lead Co. et al. On petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit. The Anaconda Copper Mining Co. and the International Smelting & Refining Co. are dismissed as parties respondent herein per stipulation pursuant to Rule 60 of the Rules of this Court. *Solicitor General Sobeloff* for petitioner. *Harlan L. Hackbert* for the Anaconda Copper Mining Co. and the International Smelting & Refining Co., respondents.

May 7, 1956.

No. 721. Southern Kansas Greyhound Lines, Inc. *v.* United States et al. Appeal from the United States District Court for the Western District of Missouri. *Per Curiam:* The motions to affirm are granted and the judgment is affirmed. *Jack R. Turney, Jr.* for appellant. *Solicitor General Sobeloff, Assistant Attorney General Barnes* and *Robert W. Ginnane* for the United States and the Interstate Commerce Commission, and *J. Wm. Townsend* and *George F. Short* for Kansas Trails, Inc., appellees.